IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 20-20073 |
| | ) | |
| DANIEL R. BRUE, | ) | Title 18, United States Code, |
| | ) | Sections 2 and 1343 |
| Defendant. | ) | |

INFORMATION

The United States charges that, at all times relevant to this information, unless otherwise stated:

**COUNTS ONE TO FOUR**
(Wire Fraud)

1. From about September 6, 2011, and continuing through about June 3, 2019, in Piatt and Macon Counties, in the Central District of Illinois, and elsewhere,

**DANIEL R. BRUE,**

defendant herein, knowingly devised and intended to devise a scheme to defraud Meridian and Bement School Districts, and to obtain money through false and fraudulent pretenses, representations, and promises.

It was part of the scheme that:

2. From about September 1, 2011, through July 8, 2013, the defendant was employed as a superintendent at Bement School District, located in Piatt County, Central District of Illinois. While so employed, the defendant maintained, controlled,

and benefitted from a business checking account in the name of Ideal Consulting and Construction Services at First Mid Bank, located in Savoy, Champaign County, Illinois.

3. From about September 1, 2014, through June 3, 2019, the defendant was employed as a superintendent at Meridian School District, located in Macon County, Central District of Illinois. While so employed, the defendant maintained, controlled, and benefitted from a business checking account in the name of Ideal Consulting and Construction Services at PNC Bank, located in Macon County, Illinois.

4. During the time frame of the scheme, the defendant knowingly maintained ownership and control over a company, Ideal Consulting and Construction Services. During the time material to this information, the defendant submitted fraudulent invoices to Bement and Meridian School Districts, for construction services purportedly rendered by Ideal Consulting and Construction Services that the defendant had not provided. The defendant then collected and deposited checks provided as payment for the services never rendered. As a result of the defendant's scheme, Bement School District paid the defendant more than $75,000.00 to which he was not entitled, and Meridian School District paid the defendant more than $225,000.00 to which he was not entitled. The fraudulently obtained checks were deposited by wire transfer into the defendant's checking accounts at First Mid Bank in Savoy, Champaign County, and PNC Bank in Macon County, Illinois. The defendant then used the fraudulently obtained proceeds for his own benefit.

5. On or about the dates set forth below, in Champaign and Macon Counties, in the Central District of Illinois, and elsewhere,

**DANIEL R. BRUE,**

defendant herein, for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate commerce, the interstate wire transfer of money and funds drawn on the bank account of Meridian School District at People's Bank of Macon to the bank account of Ideal Consulting and Construction Services at PNC Bank. The defendant caused such wire communications by depositing checks fraudulently obtained, as described below for each count, each transmission constituting a separate count:

| Count | Date | Check Number | Amount |
| --- | --- | --- | --- |
| 1 | 05/31/2016 | 45637 | $5,268.00 |
| 2 | 02/27/2017 | 46741 | $16,375.00 |
| 3 | 05/01/2018 | 48541 | $12,187.00 |
| 4 | 04/01/2019 | 49932 | $6,250.00 |

In violation of Title 18, United States Code, Sections 2 and 1343.

## FORFEITURE ALLEGATION

1.  The allegations of Counts One through Four of this Information are incorporated by reference as though fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(3)

2.  On or about the dates set forth in Counts One through Four of this Information, in the Central District of Illinois,

**DANIEL R. BRUE,**

defendant herein, did engage in knowing violations of Title 18, United States Code, Section 1343, thereby subjecting to forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(3), any property constituting, or derived from, proceeds the defendant obtained, directly or indirectly, as a result of such violations. The property to be forfeited includes, but is not limited to, approximately $310,353.82 deposited into the bank accounts of Ideal Consulting and Construction Services as a result of the scheme described in Paragraphs 1 through 5 of this Information.

3.  The United States seeks a personal money judgment against the defendant in the amount of $310,353.82, which would represent the amount of the proceeds obtained as a result of the offenses described in Counts One through Four of this Information.

4.  If any of the property described above as being subject to forfeiture as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.    has been transferred to sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

JOHN C. MILHISER
UNITED STATES ATTORNEY
s/Rachel Ritzer

_____
Rachel E. Ritzer, Bar No. IL 6309905
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
rachel.ritzer@usdoj.gov